GORDON I. ENDOW (SBN 99638)
gendow@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

ANTHONY PADUANO
ap@pwlawyers.com
(*Pro Hac Vice* Admission Pending)
KATHERINE B. HARRISON
kh@pwlawyers.com
(*Pro Hac Vice* Admission Pending)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone:    (212) 785-9100
Facsimile:    (212) 785-9099

Attorneys for Defendant
THE BENCHMARK COMPANY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENCHMARK CAPITAL HOLDINGS CO., LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THE BENCHMARK COMPANY, LLC, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:11-cv-04883 JCS<br><br>**CERTIFICATE OF SERVICE OF:**<br>**(1) Notice To Adverse Party And To Superior Court Of Removal Of Action, And (2) Documents Provided by Court** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111. On October 4, 2011, I served the following document:

    Notice to Adverse Party and To Superior Court of Removal of Action (copy without exhibit is attached hereto)

and on October 3, 2011 I served the following documents:

    2.    Order Setting Initial Case Management Conference and ADR Deadlines ("Order");

-1-
CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND TO SUPERIOR COURT

3.   Welcome to the US District Court;

4.   Notice of Assignment of Case to US Magistrate Judge for Trial - Judge Joseph Spero;

5.   Consent to Proceed Before US Magistrate Judge;

6.   Declination to Proceed Before US Magistrate Judge;

7.   Notice Regarding Cameras in the Courtroom Pilot;

8.   ECF Registration Information Handout;

9.   Judge Spero's Standing Order re: Case Management Conference;

10.  Civil Standing Orders for Magistrate Judge Joseph Spero (revised Nov. 15, 2010);

11.  Notice of Rule Discontinuing Service by Mail;

12.  Court's exhibit tag; and

13.  Standing Order for All Judges of the Northern District of California - Contents of Joint Case Management Statement

by placing the documents listed above in sealed envelopes with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below:

**Attorneys for Plaintiff**
Claude M. Stern
Diane Doolittle
John P. Duchemin
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, Fifth Floor
Redwood Shares, CA  94065
Tel:   (650) 801-5000
Fax:   (650) 801-5100

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 4, 2011, at San Francisco, California.

  /s/   Dyanne Hammerquist
_____
        Dyanne Hammerquist

//10835557v.1

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY AND TO SUPERIOR COURT

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | GORDON I. ENDOW (SBN 99638)<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone:   (415) 986-5900<br>Facsimile:   (415) 986-8054<br><br>Attorneys for Defendant<br>THE BENCHMARK COMPANY, LLC |

**ENDORSED FILED**
**SAN MATEO COUNTY**

OCT - 4 2011

Clerk of the Superior Court
By  **UNA FINAU**
   **DEPUTY CLERK**

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN MATEO – UNLIMITED JURISDICTION

| | |
|---|---|
| BENCHMARK CAPITAL HOLDINGS CO., LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>THE BENCHMARK COMPANY, LLC, and DOES 1 through 10,<br><br>  Defendants. | CASE NO. CIV 507974<br><br>**NOTICE TO ADVERSE PARTY AND TO SUPERIOR COURT OF REMOVAL OF ACTION**<br><br>Complaint filed: August 26, 2011 |

TO PLAINTIFF BENCHMARK CAPITAL HOLDINGS CO., LLC AND TO SUPERIOR COURT:

PLEASE TAKE NOTICE THAT Defendant The Benchmark Company, LLC, filed a Notice of Removal of, and thereby removed, this action to the United States District Court for the Northern District of California, on October 3, 2011, Case No. 11-4883, pursuant to 28 U.S.C. sections 1332, 1441, and 1446. Attached to this notice as <u>Exhibit A</u> is a copy of the Notice of Removal.

PLEASE TAKE FURTHER NOTICE, that pursuant to 28 U.S.C. section 1446(d), the filing of this Notice shall effect removal and the State Court shall proceed no further unless and until the case is remanded.

Dated:  October 4, 2011          GORDON & REES LLP

By: /s/ Gordon I. Endow
    Gordon I. Endow
    Attorneys for Defendant
    The Benchmark Company, LLC

//10832743v.2

NOTICE TO ADVERSE PARTY AND TO SUPERIOR COURT OF REMOVAL OF ACTION