1 | GORDON I. ENDOW (SBN 99638)
gendow@gordonrees.com
2 | HEIDI J. KIM (247699)
hkim@gordonrees.com
3 | GORDON & REES LLP
275 Battery Street, Suite 2000
4 | San Francisco, CA  94111
Telephone:     (415) 986-5900
5 | Facsimile:     (415) 986-8054

6 | ANTHONY PADUANO
ap@pwlawyers.com
7 | (*Pro Hac Vice* Admission Pending)
KATHERINE B. HARRISON
8 | kh@pwlawyers.com
(*Pro Hac Vice* Admission Pending)
9 | PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
10 | New York, New York  10020
Telephone:     (212) 785-9100
11 | Facsimile:     (212) 785-9099

12 | Attorneys for Defendant
THE BENCHMARK COMPANY, LLC

13 |

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | BENCHMARK CAPITAL HOLDINGS CO., LLC,   ) CASE NO.  3:11-cv-04883 RS
17 |                                        ) **NOTICE OF APPEARANCE OF**
                           Plaintiff,      ) **KATHERINE B. HARRISON**
18 |                                        ) **ON BEHALF OF DEFENDANT**
         vs.                               ) **THE BENCHMARK COMPANY, LLC**
19 |                                        )
THE BENCHMARK COMPANY, LLC, and            )
20 | DOES 1 through 10,                     )
                                           )
21 |                           Defendants. )
                                           )
22 |

23 |      TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR

24 | RESPECTIVE ATTORNEYS OF RECORD:

25 |      PLEASE TAKE NOTICE that the following attorney hereby states her appearance for

26 | defendant THE BENCHMARK COMPANY, LLC:

27 | / / /

28 | / / /

-1-

1    Katherine B. Harrison, Esq.
     PADUANO & WEINTRAUB LLP
2    1251 Avenue of the Americas, Ninth Floor
     New York, New York  10020
3    Telephone:     (212) 785-9100
     Facsimile:     (212) 785-9099
4    kh@pwlawyers.com

5

6    Dated:   October 6, 2011                    PADUANO & WEINTRAUB LLP

7

8                                                By:  _Katherine B. Harrison_____
                                                       Katherine B. Harrison
9                                                Attorneys for Defendant
                                                 The Benchmark Company, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF KATHERINE B. HARRISON                    Case No. 3:11-4883 RS