| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>  Diane Doolittle (Bar No. 142046)<br>  dianedoolittle@quinnemanuel.com<br>  555 Twin Dolphin Drive, Fifth Floor<br>Redwood Shores, California 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Attorneys for Plaintiff<br>Benchmark Capital Holdings Co., LLC | GORDON I. ENDOW (SBN 99638)<br>gendow@gordonrees.com<br>HEIDI J. KIM (SBN 247699)<br>hkim@gordonrees.com<br>GORDON & REES LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>ANTHONY PADUANO<br>ap@pwlawyers.com<br>(Pro Hac Vice)<br>KATHERINE B. HARRISON<br>kh@pwlawyers.com<br>(Pro Hac Vice)<br>PADUANO & WEINTRAUB LLP<br>1251 Avenue of the Americas, Ninth Floor<br>New York, New York 10020<br>Telephone: (212) 785-9100<br>Facsimile: (212) 785-9099<br>Attorneys for Defendant<br>The Benchmark Company, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENCHMARK CAPITAL HOLDINGS CO., LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>THE BENCHMARK COMPANY, LLC<br><br>        Defendant. | CASE NO. 3:11-cv-04883-RS<br><br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENDING MOTION TO DISMISS BRIEFING SCHEDULE** |

Plaintiff Benchmark Capital Holdings Co., LLC, and Defendant The Benchmark Company, LLC jointly stipulate, through their counsel of record and subject to court approval, as follows:

WHEREAS,

1. Defendant on November 17, 2011, filed a Motion to Dismiss the First Amended Complaint, with the hearing on that motion scheduled for January 5, 2012;

2. Along with the Motion to Dismiss, Defendant also filed an accompanying Request for Judicial Notice and Declaration of Jillian A. Lazar (Lazar Declaration) on November 17, 2011;

3. Plaintiff's opposition to the Motion to Dismiss, and any objections or other responses to the Request for Judicial Notice and the Lazar Declaration, are due on December 1, 2011;

4. Defendant's reply to Plaintiff's opposition to the Motion to Dismiss is due on December 8, 2011;

5. Defendant agrees to extend the time for Plaintiff to respond to the Motion to Dismiss, the Request for Judicial Notice and the Lazar Declaration until December 5, 2011;

6. Plaintiff accordingly agrees to extend the time for Defendant to reply to Plaintiff's opposition until December 12, 2011;

NOW, THEREFORE, the parties stipulate, through their undersigned counsel, that:

1. The deadline for Plaintiff to respond to the Motion to Dismiss, the Request for Judicial Notice and the Lazar Declaration is December 5, 2011.

2. The deadline for Defendant to file its reply papers to Plaintiff's responsive papers is December 12, 2011.

| | | |
|---|---|---|
| 1 | DATED: November 28, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By  /s/ |
| 4 | | Diane Doolittle<br>Attorneys for Plaintiff |
| 5 | | Benchmark Capital Holdings Co., LLC |
| 6 | DATED: November 28, 2011 | GORDON & REES LLP |
| 7 | | |
| 8 | | By  /s/ |
| 9 | | Gordon I. Endow<br>Attorneys for Defendant |
| 10 | | The Benchmark Company, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BENCHMARK CAPITAL HOLDINGS CO., LLC,

    Plaintiff,

vs.

THE BENCHMARK COMPANY, LLC

    Defendant.

CASE NO. 3:11-cv-04883-RS

**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENDING MOTION TO DISMISS BRIEFING SCHEDULE**

CAME FOR CONSIDERATION the Joint Stipulation For Extending Motion to Dismiss Briefing Schedule. After consideration, the Court orders the Stipulation to be GRANTED.

1. The deadline for Plaintiff to respond to Defendant's Motion to Dismiss, Request for Judicial Notice and Declaration of Jillian A. Lazar is December 5, 2011.

2. The deadline for Defendant to file its reply papers to Plaintiff's responsive papers is December 12, 2011.

IT IS SO ORDERED.

DATED: __11/29_____, 2011

_____
Hon. Richard Seeborg
United State District Judge