**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BENCHMARK CAPITAL HOLDINGS CO., LLC,<br><br>              Plaintiff,<br><br>       vs.<br><br>THE BENCHMARK COMPANY, LLC,<br><br>              Defendant. | Case No.: C-11-04883-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, November 19, 2012 at 2:00 p.m. |
| *Previously* REFERRED TO ADR for Mediation, which is scheduled to occur on: | May 8, 2012 10:00 a.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | was March 15, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | January 24, 2013 |
| DISCLOSURE OF EXPERTS (Retained/Non-Retained): | Opening: February 5, 2013<br>Rebuttal: February 19, 2013 |
| EXPERT DISCOVERY CUTOFF: | March 29, 2013 |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | June 4, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 21, 2013 |
| PRETRIAL CONFERENCE: | Friday, July 5, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, July 22, 2013 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | to be determined |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: April 2, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**