**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BENCHMARK CAPITAL HOLDINGS CO., LLC,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE BENCHMARK COMPANY, LLC,**<br><br>Defendant. | Case No.: 11-CV-04883 YGR<br><br>**ORDER RESOLVING DISCOVERY DISPUTES** |

The parties have submitted a Joint Letter seeking the Court's assistance in resolving three discovery disputes. The first concerns who should be able to view "Highly Confidential-Attorneys' Eyes Only" material. The second and third disputes concern outstanding discovery requests.

Having carefully considered the papers submitted and the pleadings in this action, the Court Orders as follows:

1) As to the first discovery dispute, concerning who should have access to "Highly Confidential-Attorneys' Eyes Only" documents, by separate Order, the Court will enter the Protective Order referenced in Exhibit A to the parties' Joint Letter, **striking section 7.3(b)**. Upon stipulation, the Court will consider a request to expand the category to include in-house counsel or other in-house personnel.

2) As to the second and third discovery disputes regarding Interrogatory 8 and outstanding requests for production of documents, Requests for Production Nos. 20-22 and 31-34, Defendant is ordered to provide supplemental responses and produce responsive documents no later than **Noon** on **Wednesday, May 2, 2012**.

3) In addition, with respect to Request for Production Nos. 20-22 and 33, and Interrogatory 8, the term "advertising" (or a derivation thereof) shall not be narrowly construed by Defendant. Rather, Defendant shall be guided by its standard definitions, namely, "to make something known to" and "to make publically and generally known." Websters, Ninth New Collegiate Dictionary. To the extent, no additional documents exist, Defendant shall identify in its Response to Interrogatory 8 the manner in which it advertises and the individuals involved in such advertising.

**IT IS SO ORDERED.**

Dated: April 27, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**